Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO LEON, | CASE NO.: 2:14-cv-07204-VBK |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |
| CAROLYN W. COLVIN, Acting, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($3,800.00) subject to the terms of the stipulation.

DATED: June 18, 2015                    /s/
                                HON. VICTOR B. KENTON
                                UNITED STATES MAGISTRATE JUDGE

-1-